# Exhibit A

# Timeline and Synopsis of Pertinent Agreements

| DATE | AGREEMENT | PARTIES | SUBSTANCE |
|---|---|---|---|
| Jan. 27, 2005 | Fen-Phen Agreement | CTG (assigned to Plaintiff) & McEachin Firm | CTG loaned money to McEachin Firm to fund Fen-Phen litigation |
| 2005-2006 | Creation of M&G | McEachin Firm & Donald Gee | Creation of M&G law firm |
| July 9, 2007 | Farrin Letter of Intent | Farrin Firm & M&G | Letter of Intent signed to establish co-counseling arrangement to serve as Pigford II co-counsel, but negotiations for financing of litigation by Plaintiff's affiliate Sidebar Capital failed |
| Oct. 16, 2007 | Pogust Co-Counseling Agreement | Pogust Firm, M&G, & Sidebar Capital | Pogust Firm and M&G conditionally agreed to serve as Pigford II co-counsel, funded by loan from Sidebar Capital |
| Late 2007 | Pogust / M&G Termination Agreement | Pogust Firm & M&G | Pogust Firm assumed 6,000 Pigford II claimants from M&G; M&G assumes a debt to Sidebar Capital |
| Dec. 14, 2007 | Farrin Co-Counseling Agreement | Farrin Firm & M&G | Farrin Firm and M&G agreed to serve as Pigford II co-counsel |
| July 9, 2008 | Global Co-Counseling Agreement | Farrin Firm, M&G, Pogust Firm, and others | All parties agreed to serve as Pigford II co-counsel |
| Aug. 11, 2008 | FLG Co-Counseling Agreement | M&G, Donald McEachin, & FLG | FLG undertook and indemnified M&G, Donald McEachin and McEachin Firm for all obligations to Plaintiff in exchange for share of M&G's receivables under Farrin Co-Counseling Agreement |
| Aug. 11, 2008 | Assumption and Release Agreement | M&G, Donald McEachin, McEachin Firm, FLG, & Plaintiff | Plaintiff agreed to allow FLG to undertake obligations as per FLG Co-Counseling Agreement and released M&G, Donald McEachin, and McEachin Firm |