IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| FEN-PHEN SERIES 2005-01, a series of CAP TRAN FUNDING, LLC, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | 1:09CV479 |
| | ) | |
| JAMES FARRIN, P.C., | ) ) | |
| Defendant. | ) | |

## JUDGMENT

For the reasons set forth in the Recommendation of the Magistrate Judge filed on April 28, 2010,

IT IS ORDERED, ADJUDGED AND DECREED that Defendant's Motion to Dismiss [Doc. #8] is GRANTED and this case is hereby DISMISSED.

This, the 19th day of July, 2010.

_____
United States District Judge